

FILED ✓ ——— LODGED
RECEIVED ——— COPY

7 | **AUG 2 9** 2018 | 7

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ——————————— DEPUTY

Samuel D. Jackson #87458-008
Name and Prisoner/Booking Number

United States Penitentiary
Place of Confinement

PO Box 24550
Mailing Address

Tucson   AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
### District of Arizona

Samuel D. Jackson
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) Federal Bureau of Prisons,
(Full Name of Defendant)

(2) United States of America,

(3) _____,

(4) _____,
          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CV 18-0439 TUCJGZ PSOT**

CASE NO. _____
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☒ Other: _FTCA    28 USC 2671-80_.

2. Institution/city where violation occurred: _U.S. Penitentiary Tucson_.

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Federal Bureau of Prisons__. The first Defendant is employed as:
   __Federal Agency__ at __USP Tucson__.
   (Position and Title)                          (Institution)

2. Name of second Defendant: __United States of America__ The second Defendant is employed as:
   __Federal Government__ at __USP Tucson__.
   (Position and Title)                          (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Violation of 8th Amendment and FTCA 28 USC 2671-80</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   [x] Basic necessities     ☐ Mail     ☐ Access to the court     [x] Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>The plaintiff is missing his teeth and has a medical need for dentures</u>
   <u>without which the plaintiff is unable to consume most types of food and</u>
   <u>as a result has complications resulting therefrom including weight loss,</u>
   <u>hunger, degradation of bones beneath the gums, and severe pain when the</u>
   <u>plaintiff eats foods which are too hard to consume without pain. The</u>
   <u>dentist, an employee of the BOP and United States, medically determined</u>
   the <u>plaintiff needed dentures years ago, however due to cost the agency</u>
   <u>refuses to supply all inmates with dentures for time periods ranging</u>
   <u>from 5 to 10 years at USP Tucson. Such practices are not consistent</u>
   <u>with community standards of care for individuals requiring dentures</u>
   <u>pursuant to the clinical standards of dentists.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Bone loss, constant injury to gums, weight loss, severe pain, hunger,</u>
   <u>mental and emotional anguish.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     [x] Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?     [x] Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?     [x] Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    - ☐ Basic necessities        ☐ Mail          ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings  ☐ Property      ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                  ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count II?          ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level? ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail            ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what
    **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
    citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available
        at your institution?                                                        ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?             ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?    ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why
        you did not. _____
        _____.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
(1) Injunction requiring the defendant BOP to (i) provide the plaintiff
with dentures immediately and (ii) enjoin the defendant BOP from failing
to supply inmates needing dentures with such in excess of 90 days.
(2) Award damages against the United States pursuant to the FTCA in
the amount of $500,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may
attach no more than fifteen additional pages.  But the form must be completely filled in to the extent
applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued
and number all pages.