**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel D Jackson,<br><br>   Plaintiff,<br><br>v.<br><br>United States of America,<br><br>   Defendant. | No. CV-18-00439-TUC-JGZ<br><br>**ORDER** |

Defendants Federal Bureau of Prisons[1] and the United States seek leave to file a pre-answer motion for summary judgment as to exhaustion. (Doc. 27.) Upon consideration of the Motion,

IT IS ORDERED that Defendant United States' Motion for Leave to File Pre-Answer Motion for Summary Judgment as to Exhaustion (Doc. 28) is GRANTED. The Clerk of Court shall file Defendant's Motion for Summary Judgment as to Exhaustion lodged at Doc. 28.

Dated this 15th day of March, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge

---

[1] The Court dismissed the Federal Bureau of Prisons on October 19, 2018. (Doc. 11.) The only remaining defendant is the United States.